SARAH GOLDMAN, as Executrix and Trustee, etc., of HARRY GOLDMAN, Deceased, Appellant, v. ANNA LEWIS and ALICE T. MAGUIRE, Respondents.— Judgment unanimously affirmed, with costs. Findings numbered XXI, XXIV and XXV are hereby d sallowed. The covenant invoked by plaintiff seems to have been made for the benefit of the original grantor in the deed creating the covenant, and not for the benefit of the various subsequent owners of parts of the property covered by the covenant. It is not enforcible at the suit of plaintiff. Moreover, plaintiff having conveyed the adjoining premises to herself as executrix by full covenant warranty deed, free from the covenant she invokes in this suit, this conveyance by her operates as an abandonment of any right of enforcement of the covenant which otherwise she might have possessed. New findings to this effect will be made by this court. Present — Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ.

ISIDOR GURLAND, Respondent, v. DILLMAN REALTY CO., INC., Appellant, and JEAN KLEIN and JONES LESTER, Jointly and Severally, and Copartners Trading as BRONXVILLE BAKING COMPANY, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

WILLIAM HELLMAN, Respondent, v. STURMODE HOMES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises for Use as a Court House at the Northeast Corner of Castleton and Bement Avenues Situated and Lying in the First Ward, Borough of Richmond, County of Richmond, City and State of New York. SELAND REALTY CORPORATION, Respondent; THE CITY OF NEW YORK, Appellant.— Final decree unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

In the Matter of the Probate of the Last Will and Testament of AGNES HAERTER SHEENAN, Deceased. CHARLES S. SHEENAN, Appellant; WALTER W. TODENWARTH and CARL E. TODENWARTH, Respondents.— Decree of the Surrogate's Court of Rockland county unanimously affirmed, with costs of this appeal, payable by appellant personally. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

CORINE JOHNSON and GUSTAVE JOHNSON, Respondents, v. ANNIE BROWN, Defendant, and LOTHAIR H. SZERLIP, Appellant.— Order, as resettled, denying motion of defendant Szerlip to vacate order providing for substituted service of summons upon him affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

EDWARD LAING, Respondent, v. BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ARTHUR LANG, an Infant, by SWEA LANG, His Guardian ad Litem, Respondent, v. CHRISTIAN W. HUMMEL, Appellant. FRANK LANG, Respondent, v. CHRISTIAN W. HUMMEL, Appellant. (Consolidated Action.) — Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.